IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Violation of Title 21, U.S.C., |
| | ) | §846, §841(a)(1), |
| | ) | §841(b)(1)(A)(ii), §5861(d), |
| v. | ) | §5861(i) and Title 18, U.S.C. |
| | ) | App., §1202(a)(1) |
| JAMES J. LYONS | ) | |
| LAWRENCE GALLO | ) | CR. No. |
| | | CR 86 019 |

INDICTMENT

COUNT I

The Grand Jury charges:

From on or about January 20, 1986 through on or about April 3, 1986, the exact day and dates being unknown to the Grand Jury, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO did knowingly, intentionally and willfully combine, conspire, confederate and agree to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute a mixture containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1);

In violation of Title 21, United States Code, Section 846.

COUNT II

The Grand Jury further charges:

From on or about March 24, 1986 through on or about April 3, 1986, the exact day and dates being unknown to the Grand Jury, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO did knowingly and intentionally possess with intent to distribute a kilogram or more of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

COUNT III

The Grand Jury further charges:

On or about April 3, 1986, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO did possess a firearm, to wit, a Savage-Stevens Springfield Model 944, .410 gauge shotgun, Serial No. P819553, having a barrel 8 inches in length and an overall length of $14^1/_2$ inches which firearm was not registered to either defendant in the National Firearms Registration and Transfer Record as required by the provisions of Title 26, United States Code, Section 5841;

All in violation of Title 26, United States Code, Section 5861(d) and Title 18, United States Code, Section 2.

COUNT IV

The Grand Jury further charges:

On or about April 3, 1986, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO did possess a firearm, to wit, a CBC Spesco Corporation Model 151, .410 gauge shotgun, Serial No. 216548, having a barrel $9^3/_8$ inches in length and an overall length of $16^1/_4$ inches which firearm was not registered to either defendant in the National Firearms Registration and Transfer Record as required by the provisions of Title 26, United States Code, Section 5841;

All in violation of Title 26, United States Code, Section 5861(d) and Title 18, United States Code, Section 2.

COUNT V

The Grand Jury further charges:

On or about April 3, 1986, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO did possess a firearm, to wit, a Colt AR-15A-2, .223 caliber, Serial No. SP324244 which firearm was not registered to either defendant in the National Firearms Registration and Transfer Record as required by the provisions of Title 26, United States Code, Section 5841;

All in violation of Title 26, United States Code, Section 5861(d) and Title 18, United States Code, Section 2.

COUNT VI

The Grand Jury further charges:

On or about April 3, 1986, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO did possess three firearms, to wit, silencers for firearms, which were not registered to either defendant in the National Fireams Registration and Transfer Record as required by the provisions of Title 26, United States Code, Section 5841;

All in violation of Title 26, United States Code, Section 5861(d) and Title 18, United States Code, Section 2.

COUNT VII

The Grand Jury further charges:

On or about April 3, 1986, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO did possess three firearms, to wit, silencers for firearms, which were not identified by a serial number assigned by the Secretary of the Treasury or his delegate

as required by the provisions of Title 26, United States Code, Section 5842;

All in violation of Title 26, United States Code, Section 5861(i) and Title 18, United States Code, Section 2.

COUNT VIII

The Grand Jury further charges:

On or about April 3, 1986, in the District of Rhode Island, JAMES J. LYONS and LAWRENCE GALLO being persons who had been previously convicted of a felony as defined in Title 18, United States Code, App., Section 1202(c)(2), did possess in commerce and affecting commerce, two firearms, to wit:

one Intratec Model Tec. 9, 9 mm. pistol,
Serial No. 00151

one Intratec Model Tec. 9, 9 mm. pistol,
Serial No. 00380;

In violation of Title 18, United States Code, App., Section 1202(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

[signature]

FOREPERSON

[signature]

LINCOLN C. ALMOND
UNITED STATES ATTORNEY

Date: May 1, 1986