**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

# CERTIFICATE OF EARLY TERMINATION

**Lyons, James** **02810-070**

Date Sentence Imposed: **06/26/87**

Date Supervision Began: **10/23/02**

District of Supervision: **District of Rhode Island**

The Commission has issued the following order:

**YOU ARE HEREBY DISCHARGED FROM PAROLE**

**TO BEGIN 20-YEAR SPECIAL PAROLE TERM**

After a careful review of your case, the Commission has decided that you deserve an early discharge from parole to begin your special parole term. You are commended for having responded positively to supervision.

Roslyn F. Davis, Case Services Administrator

March 2, 2007
Effective Date