**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES LYONS,
plaintiff

v. CA:07-193T

UNITED STATES OF AMERICA,
defendant

**O R D E R**

The United States is hereby ordered to file its response to the Plaintiff's "Motion for Correction of Sentence Pursuant to the 1986 Version of Fed. R. Cr. P. 35(a)" on or before July 10th, 2007.

BY ORDER

Deputy Clerk

ENTER:

ERNEST C. TORRES
Senior U.S. District Judge
date: 6/13/2007