IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES LYONS | ) | |
| | ) | CA. No. 07-193T |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, James Lyons v. United States, CA07-193T. Assistant United States Attorney Stephen G. Dambruch, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email kenneth.madden@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 20th day of June, 2007, I caused the within Notice of Appearance to be filed first class mail, postage prepaid to:

James Lyons
18 Callahan School Street
Harrisville, Rhode Island 02830

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email kenneth.madden@usdoj.gov