**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES LYONS

v. C.A. No. 07-193T

UNITED STATES OF AMERICA

**ORDER**

The motion by James Lyons for correction of illegal sentence is GRANTED for reasons set forth in his memorandum with which the government concurs. Accordingly, the special parole term imposed on Count II of Mr. Lyons's criminal conviction in United States v. James J. Lyons, Cr. No. 86-019-01, is vacated.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
U.S. District Court Judge
Date: July 17, 2007